UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:25-cr- 171-JSS-RMN
 18 U.S.C. § 922(o)

OMAR JOEL RIVERA OLIVO

### INFORMATION

The United States Attorney charges:

### COUNTS ONE AND TWO
(Possession And Transfer of Machineguns)

On the dates set forth below, in the Middle District of Florida, the defendant,

OMAR JOEL RIVERA OLIVO,

did knowingly transfer and possess machineguns, as defined in 26 U.S.C. § 5845(b), that is, weapons which shoot, or is designed to shoot automatically more than one shot, without manual reloading and devices which are parts designed and intended for use in converting a weapon into a machinegun.

| COUNT | Date | Weapons and Devices |
| --- | --- | --- |
| ONE | 3/13/25 | Three machine gun conversion devices |
| TWO | 3/28/25 | An Anderson Manufacturing, model AM-15, multi caliber pistol, with machine gun conversion device installed, bearing serial number 24124333 and a Glock 22 Gen 5, .40 caliber, pistol, with machine gun conversion device installed, bearing Serial Number BVER599 |

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## **FORFEITURE**

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(o), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

GREGORY W. KEHOE
United States Attorney

By: /s/ Dana E. Hill
Dana E. Hill
Assistant United States Attorney

By: /s/ Michael Felicetta
Michael Felicetta
Assistant United States Attorney
Chief, Orlando Division